CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Alex Diaz**<br>YOB: 1997; Citizen of Honduras | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-03136MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 16, 2020, at or near Amado, in the District of Arizona, **Alex Diaz**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona on February 27, 2019, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Alex Diaz** is a citizen of Honduras. On February 27, 2019, **Alex Diaz** was lawfully denied admission, excluded, deported and removed from the United States through Phoenix, Arizona. On November 16, 2020, agents found **Alex Diaz** in the United States at or near Amado, Arizona, without the proper immigration documents. **Alex Diaz** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>LMG2/AJC<br>AUTHORIZED AUSA /s/Liza Granoff<br><br>Digitally signed by LIZA GRANOFF<br>Date: 2020.11.17 08:50:49 -07'00' | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>Leslie A. Bowman | DATE<br>November 17, 2020 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54